AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

LILLIAN WOODLEY as the administratrix of the
Estate of RUFUS WOODLEY

V.

PFG-LESTER BROADLINE, INC. and KENNETH
LUSTER COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-74-ID

TO: (Name and address of Defendant)

PFG-Lester Broadline, Inc.
National Registered Agents, Inc.
1900 Church Street, Suite 400
Nashville, Tennessee 37203-0000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles
218 Commerce Street
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    1/26/07
CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

LILLIAN WOODLEY as the administratrix of the Estate of RUFUS WOODLEY

V.

PFG-LESTER BROADLINE, INC. and KENNETH LUSTER COMPANY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-74-ID

TO: (Name and address of Defendant)

Kenneth O. Lester Company, Inc.
National Registered Agents, Inc.
1900 Church Street, Suite 400
Nashville, Tennessee 37203-0000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles
218 Commerce Street
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1/26/07