**COMPLETE THIS SECTION DELIVERY**

2. Article Number: 7160 3901 9841 5329 9805

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

A. Received by (Please print clearly): Cindy Jenkins 1/31/07

B. Date of Delivery

C. Signature:
X *Cindy Jenkins*
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
2:07CV74
J & C
(20)
☐ Yes
☐ No

1. Article Addressed to:

PFG-Lester Broadline, Inc.
National Registered Agents, Inc.
1900 Church Street, Suite 400
Nashville, Tennessee 37203-0000

Domestic Return Receipt

PS FORM 3811, January 2005