IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY, as Administratrix of the Estate of Rufus Woodley, | ) ) ) |
| Plaintiff, | ) ) ) CIV. ACT. NO. 2:07cv74-ID |
| v. | ) ) |
| PFG-LESTER BROADLINE, INC., *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion for leave to amend complaint, filed March 1, 2007, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 1st day of March, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE