### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| vs. | * | CASE No.: 2:07-CV-74-ID |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH LUSTER COMPANY,** | * | |
| **INC., et al** | * | |
| | * | |
| **Defendants.** | * | |

REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on March 6, 2007 by telephone and was attended by:

    Michael Crow for plaintiffs

    William C. Wood for defendants, PFG-Lester Broadline, Inc. and Kenneth O. Lester Company, Inc.

2. Pre-Discovery Disclosures: The parties will exchange by March 30, 2007, information required by Fed.R.Civ.P.26(a)(1).

3. Discovery Plan: The parties jointly propose to the **Court** the following discovery plan:

    All discovery commenced in time to be completed by November 15, 2007.

    Maximum of 40 interrogatories by each party to any other party. [Responses due 30 days after service.]

Maximum of 40 requests for admissions by each party to any other party. [Responses due 30 days after service.]

Maximum of 10 depositions by **plaintiffs** and 10 by **defendants.**

Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) are due:

From **plaintiffs**:         September 15, 2007

From **defendants:**     October 15, 2007

Supplementations under Rule 26(e) are due 30 days before the close of discovery.

    4.    Other Items:

The parties do not request a conference with the **Court** before any entry of the scheduling order.

The parties request a pretrial conference on February 4, 2008.

Plaintiffs should be allowed until July 16, 2007 to join additional parties and amend the pleadings.

Defendants should be allowed until August 1, 2007 to join additional parties and amend the pleadings.

All potentially dispositive motions should be filed by December 14, 2007.

Settlement cannot be evaluated prior to the completion of discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    From **plaintiffs**: 30 days prior to trial.

From **defendants**:  30 days prior to trial.

If the final lists of witnesses includes a witness not previously identified in any party's initial or supplemented disclosures or during discovery, the parties agree that any party may take that witness' deposition prior to trial.

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by March 31, 2008, and at this time is expected to take approximately 3 days.


/s/WILLIAM C. WOOD
WILLIAM C. WOOD, ASB-2689-DA4W
Attorney for Defendants
NORMAN, WOOD, KENDRICK &  TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:   (205) 328-6643
Fax:  (205) 251-5479
E-mail:  wood@nwkt.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE No.: 2:07-CV-74-ID |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH LUSTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow

/s/William C. Wood_____
WILLIAM C. WOOD, ASB-2689-DA4W
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-6643
Fax: (205) 251-5479
Email: wood@nwkt.com