IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| vs. | * | CASE No.:  2:07-CV-74-ID |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH LUSTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

### CORPORATE DISCLOSURE STATEMENT OF
### KENNETH O. LESTER COMPANY, INC.

COMES NOW the defendant, Kenneth O. Lester Company, Inc., and files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. Kenneth O. Lester Company, Inc. is a wholly owned subsidiary of Performance Food Group Company.

2. Performance Food Group Company is a publicly traded company.

Respectfully submitted,

<div style="margin-left: 40%;">

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:            (205) 251-5479
E-mail:        mrobinett@nwkt.com

</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** administratrix of the Estate of **RUFUS WOODLEY,** | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE No.:  2:07-CV-74-ID |
| **PFG-LESTER BROADLINE, INC., KENNETH LUSTER COMPANY, INC., et al.,** | * * * * | |
| Defendants. | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
Email:       mrobinett@nwkt.com