IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>PFG-LESTER BROADLINE, INC., KENNETH LUSTER COMPANY, INC., et al.,<br><br>    Defendants. | CASE No.: 2:07-CV-74-ID |

**CORPORATE DISCLOSURE STATEMENT OF
PFG-LESTER BROADLINE, INC.**

COMES NOW the defendant, PFG-Lester Broadline, Inc., and files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. PFG-Lester Broadline, Inc. is a wholly owned subsidiary Kenneth O. Lester Company, Inc. which is a wholly owned subsidiary of Performance Food Group Company.

2. Performance Food Group Company is a publicly traded company.

Respectfully submitted,

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-6643
Fax: (205) 251-5479
E-mail: mrobinett@nwkt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LILIAN WOODLEY, as the administratrix of the Estate of RUFUS WOODLEY, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE No.: 2:07-CV-74-ID |
| PFG-LESTER BROADLINE, INC., KENNETH LUSTER COMPANY, INC., et al., | * * * * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone: (205) 328-6643
Fax: (205) 251-5479
Email: mrobinett@nwkt.com