## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| LILIAN WOODLEY, as the administratrix of the Estate of RUFUS WOODLEY, | *<br>*<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | *    2:07-CV-74-ID<br>* |
| PFG-LESTER BROADLINE, INC., KENNETH LUSTER COMPANY, INC., et al., | *<br>*<br>*<br>* |
| Defendants. | * |

## ANSWER TO AMENDED COMPLAINT

COMES NOW the Defendant PFG-Lester Broadline, Inc. and states the following in answer to the Plaintiff's allegations in the amended complaint:

1.   The Defendant adopts and incorporates its answer and defenses raised in its answer to the original complaint as if stated herein in full. Further, the Defendant answers the new allegations raised in the amended complaint as follows:

## COUNT III

17.   The Defendant adopts and incorporates its previous responses to Plaintiff's allegations asserted in Defendant's answer to the original complaint.

18.   The Defendant denies the allegations of paragraph 18.

19. The Defendant denies the allegations of paragraph 19.

The Defendant further denies the Plaintiff is entitled to any judgment for compensatory damages, punitive damages, or otherwise.

## COUNT IV

20. The Defendant adopts and incorporates its previous responses to Plaintiff's allegations.

21. The Defendant denies the allegations of paragraph 21.

22. The Defendant denies the allegations of paragraph 22.

The Defendant further denies the Plaintiff is entitled to any judgment for compensatory damages, punitive damages, or otherwise.

## AFFIRMATIVE DEFENSES

1. The Defendant adopts and incorporates as if set out herein in full each and every denial and affirmative defense raised in Defendants' answers to the original complaint.

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
WILLIAM C. WOOD, ASB-2689-DA4W
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-6643
Fax: (205) 251-5479
E-mail: wood@nwkt.com
E-mail: mrobinett@nwkt.com

## **JURY DEMAND**

Defendant demands a trial by struck jury.

/s/Matthew W. Robinett
Matthew W. Robinett

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** administratrix of the Estate of **RUFUS WOODLEY,** | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 2:07-CV-74-ID |
| **PFG-LESTER BROADLINE, INC., KENNETH LUSTER COMPANY, INC., et al.,** | * * * * | |
| Defendants. | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
WILLIAM C. WOOD, ASB-2689-DA4W
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
Email:       mrobinett@nwkt.com