**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 13, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Woodley v. PFG-Lester Broadline, Inc. et al

**Case Number:** 2:07cv00074-ID

**This Notice of Correction was filed in the referenced case this date to correct the main PDF document previously attached.**

**The correct main PDF document is attached to this notice for your review. Reference is made to document # 16   filed on   March 13, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY as the administratrix of the Estate of RUFUS WOODLEY, | *<br>*<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | CIV. ACT. NO.: 2:07cv74-ID<br>*<br>* |
| PFG-LESTER BROADLINE, INC.; KENNETH O. LESTER COMPANY, INC., | *<br>*<br>*<br>* |
| Defendants. | *<br>* |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs move the Court for permission to amend their Complaint to correct the party name of the Defendant previously stated as Kenneth Luster Company, Inc. as Defendant Kenneth O. Lester Company, Inc.

WHEREFORE, Plaintiffs request the Court to allow them to amend their Complaint and correct the party name of the Defendant.

      /s/Michael J. Crow
      MICHAEL J. CROW (CRO039)
      Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below via e-file, on this the 13th day of March, 2007.

      /s/Michael J. Crow
      OF COUNSEL

William C. Wood
Norman, Wood, Kendrick and Turner
Financial Center, Suite 1600
505 Twentieth Street North
Birmingham, Alabama 35203