### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE No.: 2:07-CV-74-ID |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **and KENNETH O. LESTER** | * | |
| **COMPANY, INC., et al.,** | * | |
| | * | |
| Defendants. | * | |

## ANSWER TO AMENDED COMPLAINT

COMES NOW the Defendant PFG-Lester Broadline, Inc. and answers the amended complaint filed March 14, 2007, by adopting, incorporating, re-averring, and re-alleging all assertions, defenses, and denials previously plead by any Defendant.

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
WILLIAM C. WOOD, ASB-2689-DA4W
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-6643
Fax: (205) 251-5479
E-mail: wood@nwkt.com
E-mail: mrobinett@nwkt.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | CASE No.:  2:07-CV-74-ID |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **and KENNETH O. LESTER** | * | |
| **COMPANY, INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2007, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow

        /s/Matthew W. Robinett
        MATTHEW W. ROBINETT, ASB-3523-172M
        WILLIAM C. WOOD, ASB-2689-DA4W
        NORMAN, WOOD, KENDRICK & TURNER
        Financial Center, Suite 1600
        505 20th Street North
        Birmingham, AL  35203
        Telephone:  (205) 328-6643
        Fax:        (205) 251-5479
        Email:      mrobinett@nwkt.com