## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **CASE No.:** |
| | * | **2:07-CV-74-ID** |
| | * | **Unopposed Joint** |
| **PFG-LESTER BROADLINE, INC.,** | * | **Motion** |
| **and KENNETH O. LESTER** | * | |
| **COMPANY, INC., et al .,** | * | |
| | * | |
| **Defendants.** | * | |

## JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE

COME NOW the parties and jointly move this Honorable Court to extend the deadline for the parties to disclose expert witnesses. In support of this motion, the parties show the Court as follows[1]:

1.  All parties agree to the extension of time. The parties request a disclosure deadline of December 17, 2007, for plaintiffs, and January 18, 2008, for defendants.

---

[1] Pursuant to local rule Electronic Case Filing II.C.3 regarding the filing of documents requiring the signature of more than one party, counsel for the defendants certifies that plaintiff's counsel has agreed to and joins in this motion.

2.    The parties have scheduled a mediation of this matter for December 14, 2007.

3.    The parties have been working diligently and well together to move this matter through discovery.

4.    A deposition of one of the plaintiff's treating physicians was scheduled by the parties and subsequently delayed by the physician which caused a delay in disclosing further Rule 26 information.

5.    No other deadlines will be affected by the extension of the disclosure deadline dates found in Section 7 of the scheduling order.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request this Honorable Court to grant this motion and allow expert disclosure deadlines of December 17, 2007, for plaintiffs, and January 14, 2008, for defendants.

Respectfully submitted,

s/ Matthew W. Robinett
WILLIAM C. WOOD, ASB-2689-DA4W
MATTHEW W. ROBINETT, ASB-3523-172M
Attorneys for Defendants
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
Email:        mrobinett@nwkt.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | |
|---|---|
| **LILIAN WOODLEY, as the** | * |
| **administratrix of the Estate of** | * |
| **RUFUS WOODLEY,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | *CASE No.:  2:07-CV-74-ID |
| | * |
| **PFG-LESTER BROADLINE, INC.,** | * |
| **KENNETH O. LESTER COMPANY,** | * |
| **INC., et al.,** | * |
| | * |
| **Defendants.** | * |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow.

> s/ Matthew W. Robinett
> MATTHEW W. ROBINETT, ASB-3523-172M
> WILLIAM C. WOOD, ASB-2689-DA4W
> NORMAN, WOOD, KENDRICK & TURNER
> Financial Center, Suite 1600
> 505 Twentieth Street North
> Birmingham, AL  35203
> Telephone:  (205) 328-6643
> Facsimile:  (205) 251-5479
> Email:      mrobinett@nwkt.com