IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY, as Administratrix of the Estate of Rufus Woodley, | ) ) ) |
| Plaintiff, | ) ) ) CIV. ACT. NO. 2:07cv74-ID |
| v. | ) ) |
| PFG-LESTER BROADLINE, INC., *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the joint motion to extend expert disclosure deadline (Doc. No. 23), it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline in § 7 of the Uniform Scheduling Order be and the same is hereby EXTENDED to and including December 17, 2007, for Plaintiff(s), and to and including January 18, 2008, for Defendant(s).

DONE this 26th day of November, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE