IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **LILLIAN WOODLEY as the administratrix of the Estate of RUFUS WOODLEY,** | *<br>*<br>*<br>* |
| Plaintiffs, | * |
| | *   CIV. ACT. NO.: 2:07cv74-ID |
| v. | *<br>* |
| **PFG-LESTER BROADLINE, INC.; KENNETH O. LESTER COMPANY, INC.,** | *<br>*<br>*<br>* |
| Defendants. | *<br>* |

## CONFLICT DISCLOSURE STATEMENT

Lillian Woodley, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

This party is an individual.

                                                  /s/ Michael J. Crow
                                                  MICHAEL J. CROW (CRO039)
                                                  Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below via e-file, on this the 7th day of January, 2008.


                                          /s/ Michael J. Crow
                                          OF COUNSEL


Matthew W. Robinett
William C. Wood
Norman, Wood, Kendrick and Turner
Financial Center, Suite 1600
505 Twentieth Street North
Birmingham, Alabama 35203