# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | | |
|---|---|---|
| LILIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * * | CASE No.: 2:07-CV-74-ID Unopposed |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., et al., | * * * * | Motion |
| Defendants. | * | |

## UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE

COME NOW the defendants and move this Honorable Court to extend the deadline for the defendants to disclose expert witnesses. In support of this motion, the defendants show the Court as follows:

1. The plaintiff does not oppose the requested extension of time. The defendants request a disclosure deadline of January 28, 2008.

2. The parties previously scheduled a mediation of this matter on two occasions. However, due to unforeseen conflicts and circumstances the mediations were unable to take place.

Mediation was last scheduled for January 8, 2008, but due to a death in the mediator's family, the mediation was continued.

3. Mediation is now scheduled for February 18, 2008.

4. The parties have been working diligently and well together to move this matter through discovery.

5. No other deadlines will be affected by the extension of the disclosure deadline date found in Section 7 of the scheduling order.

WHEREFORE, PREMISES CONSIDERED, the defendants request this Honorable Court to grant this motion and allow an expert disclosure date of January 28, 2008.

    Respectfully submitted,

    s/ Matthew W. Robinett
    WILLIAM C. WOOD, ASB-2689-DA4W
    MATTHEW W. ROBINETT, ASB-3523-172M
    Attorneys for Defendants
    NORMAN, WOOD, KENDRICK & TURNER
    Financial Center, Suite 1600
    505 20th Street North
    Birmingham, AL  35203
    Telephone:  (205) 328-6643
    Fax:           (205) 251-5479
    Email:        mrobinett@nwkt.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| **LILIAN WOODLEY,** as the administratrix of the Estate of **RUFUS WOODLEY,** | *<br>*<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | *CASE No.:  2:07-CV-74-ID<br>* |
| **PFG-LESTER BROADLINE, INC., KENNETH O. LESTER COMPANY, INC.,** et al., | *<br>*<br>*<br>* |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow.

        s/ Matthew W. Robinett
        MATTHEW W. ROBINETT, ASB-3523-172M
        WILLIAM C. WOOD, ASB-2689-DA4W
        NORMAN, WOOD, KENDRICK & TURNER
        Financial Center, Suite 1600
        505 Twentieth Street North
        Birmingham, AL  35203
        Telephone:  (205) 328-6643
        Facsimile:  (205) 251-5479
        Email:     mrobinett@nwkt.com