IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No. 2:07cv074-ID<br>)<br>) |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the unopposed motion to extend expert disclosure deadline (Doc. No. 28, filed January 16, 2008), it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline in § 7 of the Uniform Scheduling Order be and the same is hereby EXTENDED to and including January 28, 2008, for Defendants.

Done this 17th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE