# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY,** | * * * * | |
| **Plaintiffs,** | * * | |
| vs. | * * * | CASE No.: 2:07-CV-74-ID Unopposed |
| **PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., et al.,** | * * * * | Motion |
| **Defendants.** | * | |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

COME NOW the defendants and move this Honorable Court to extend the deadline for the parties to file dispositive motions. In support of this motion, the defendants show the Court as follows:

1. All parties agree to the extension of time. The parties request an extension until April 11, 2008, to file dispositive motions.

2. The parties have scheduled a mediation of this matter for February 18, 2008.

3. Plaintiff's expert is not available for deposition until March 5, 2008. The testimony of plaintiff's expert may be a necessary element of any dispositive motions.

4. No other deadlines will be affected by the extension of the disclosure deadline dates found in Section 2 of the scheduling order.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request this Honorable Court to grant this motion and allow a dispositive motion deadline of April 11, 2008.

Respectfully submitted,

s/ Matthew W. Robinett
WILLIAM C. WOOD, ASB-2689-DA4W
MATTHEW W. ROBINETT, ASB-3523-172M
Attorneys for Defendants
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-6643
Fax:       (205) 251-5479
Email:     mrobinett@nwkt.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| **LILIAN WOODLEY,** as the administratrix of the Estate of **RUFUS WOODLEY,** | * * * * |
| **Plaintiffs,** | * * |
| v. | *CASE No.:  2:07-CV-74-ID *  |
| **PFG-LESTER BROADLINE, INC., KENNETH O. LESTER COMPANY, INC., et al.,** | * * * * |
| **Defendants.** | * |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow.

          s/ Matthew W. Robinett
          MATTHEW W. ROBINETT, ASB-3523-172M
          WILLIAM C. WOOD, ASB-2689-DA4W
          NORMAN, WOOD, KENDRICK & TURNER
          Financial Center, Suite 1600
          505 Twentieth Street North
          Birmingham, AL  35203
          Telephone:  (205) 328-6643
          Facsimile:  (205) 251-5479
          Email:      mrobinett@nwkt.com