IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, )<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv074-ID |
| ) | |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., )<br>)<br>)<br>) | |
| Defendants. ) | |

## ORDER

Upon CONSIDERATION of the unopposed motion to extend dispositive motion deadline (Doc. No. 31), filed February 5, 2008, it is ORDERED that said motion be and the same is hereby GRANTED to and including April 4, 2008.[1]

DONE this 6th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] An extension of the dispositive motion deadline to the requested date would not afford the court sufficient time to consider and rule on a summary judgment motion prior to the pretrial hearing.