**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA,**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **LILLIAN WOODLEY as the** | * | |
| **administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **CIV. ACT. NO.: 2:07cv74-ID** |
| **v.** | * | |
| | * | |
| **PFG-LESTER  BROADLINE,  INC.;** | * | |
| **KENNETH O. LESTER COMPANY,** | * | |
| **INC.,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**PLAINTIFF'S MOTION FOR PRODUCTION OF**
**DOCUMENTS AND INSPECTION OF PROPERTY**

Plaintiff Lillian Woodley, pursuant to Rule 34 F.R.C.P. requests the Defendant to produce the tractor (truck), which Mr. Abonyo was driving on August 18, 2006 on the date which is the subject matter of this lawsuit.

As part of the inspection, Plaintiff requests to download the electronic data, which is stored within the internal engine of the tractor of this particular truck.

As grounds for her motion, she would show the following:

1.     That the tractor that was involved in the incident, which is the subject matter of this lawsuit had an internal data recording system, which can be downloaded to produce certain data concerning such things as speed, braking, gas consumption, and other pertinent data in this case.

2.     Plaintiff will incur all costs in downloading the information.

3.    Plaintiff will hire the necessary persons to download the information.

4.    Plaintiff will agree on a date and place mutually agreeable to the parties.

5.    Plaintiff will share the downloaded data with the defendant.


　　　　　　　　　　　　　　　　　/s/Michael J. Crow
　　　　　　　　　　　　　　　　　MICHAEL J. CROW (CRO039)
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


OF COUNSEL:

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below via e-file, on this the 26th day of February, 2008.


     /s/Michael J. Crow
OF COUNSEL


Matthew W. Robinett
William C. Wood
Norman, Wood, Kendrick and Turner
Financial Center, Suite 1600
505 Twentieth Street North
Birmingham, Alabama 35203