IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LILLIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:07-cv-074-ID |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of *Plaintiff's Motion for Production of Documents and Inspection of Property* (Doc. 33, filed February 26, 2008), it is **ORDERED** that Defendants file a response to this motion on or before **March 7, 2008**.

Plaintiff's counsel is reminded for future reference a conference with opposing counsel should occur prior to the filing of a discovery motion as an agreement may be reached which renders the discovery motion unnecessary.

DONE this 26th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE