# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY as the administratrix of the Estate of RUFUS WOODLEY, | *<br>*<br>*<br>* |
| Plaintiffs, | * |
| v. | CIV. ACT. NO.: 2:07cv74-ID<br>*<br>* |
| PFG-LESTER BROADLINE, INC.; KENNETH O. LESTER COMPANY, INC., | *<br>*<br>*<br>* |
| Defendants. | *<br>* |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The parties mediated this matter on February 18, 2008 before Mike Maddox, a mediator with Sirote and Permutt in Birmingham, Alabama.

The parties with the agreement of the mediator agreed to suspend the mediation until further discovery was completed.

The discovery of this case shall be completed on or before April 28, 2008.

    /s/Michael J. Crow
MICHAEL J. CROW (CRO039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below via e-file, on this the 5th day of March, 2008.

/s/Michael J. Crow
OF COUNSEL

Matthew W. Robinett
William C. Wood
Norman, Wood, Kendrick and Turner
Financial Center, Suite 1600
505 Twentieth Street North
Birmingham, Alabama 35203