IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| LILIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * * | CASE No.: 2:07-CV-74-ID |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., et al., | * * * * | |
| Defendants. | * | |

**RESPONSE TO MOTION TO PRODUCE**

COME NOW the defendants and respond to plaintiff's motion to produce and inspect. The defendants request this Honorable Court to either find the motion moot or deny the motion as premature. In support of this motion, the defendants show the Court as follows:

1. The parties are working together moving this matter through discovery.

2. Per conversations with plaintiff's counsel, it appears that the motion to produce filed in this matter was prematurely filed as there has not been a previous request to inspect the truck.

3. The defendants are attempting to arrange for a mutually convenient time and place for the inspection.

4. At this time there is no dispute between the parties with regards to scheduling an inspection of the truck.

WHEREFORE, PREMISES CONSIDERED, the defendants request this Honorable Court to either deem the motion moot or deny plaintiff's motion.

Respectfully submitted,


<u>s/ Matthew W. Robinett</u>
WILLIAM C. WOOD, ASB-2689-DA4W
MATTHEW W. ROBINETT, ASB-3523-172M
Attorneys for Defendants
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:         (205) 251-5479
Email:       mrobinett@nwkt.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | |
|---|---|
| **LILIAN WOODLEY**, as the administratrix of the Estate of **RUFUS WOODLEY**, | * * * * |
| Plaintiffs, | * * |
| v. | *CASE No.:  2:07-CV-74-ID * |
| **PFG-LESTER BROADLINE, INC., KENNETH O. LESTER COMPANY, INC.,** et al., | * * * * |
| Defendants. | * |

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow.

                  s/ Matthew W. Robinett
                  MATTHEW W. ROBINETT, ASB-3523-172M
                  WILLIAM C. WOOD, ASB-2689-DA4W
                  NORMAN, WOOD, KENDRICK & TURNER
                  Financial Center, Suite 1600
                  505 Twentieth Street North
                  Birmingham, AL  35203
                  Telephone:  (205) 328-6643
                  Facsimile:  (205) 251-5479
                  Email:    mrobinett@nwkt.com