IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LILLIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:07-cv-074-ID |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., | ) ) ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Pending before the Court is *Plaintiff's Motion for Production of Documents and Inspection of Property* (Doc. 33, filed February 26, 2008) and Defendants' *Response to Motion to Produce* (Doc. 36, filed March 7, 2008). Based on the motion and response it appears there is not an issue as to whether inspection of the truck shall be permitted. However, based on the short time frame left in the discovery period, it is **ORDERED** the motion is **GRANTED**. The Defendants shall make the truck available for inspection on or before the close of discovery on **April 28, 2008**.

DONE this 31st day of March, 2008.

/s//Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE