**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CASE No.: |
| | * | 2:07-CV-74-ID |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **and KENNETH O. LESTER** | * | |
| **COMPANY, INC., et al.,** | * | |
| | * | |
| Defendants. | * | |

### DEFENDANT PFG-LESTER BROADLINE, INC.'S
### MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant, PFG-Lester Broadline, Inc., by and through the undersigned counsel, pursuant to Rule 56 (c) of the Federal Rules of Civil Procedure, moves this Honorable Court to grant full and final summary judgment as a matter of law in favor of the defendant as there is no genuine issue as to any material fact. The plaintiff has failed to produce sufficient evidence to support an element of her cause of action upon which she bears the ultimate burden of proof. In support of its motion the defendant relies on the following:

1) Affidavit of Glen Lea, attached hereto as Exhibit A.

2) Plaintiff's complaint and amendments, defendants' answers, and all other pleadings, exhibits, and documents of record.

3) Defendant's Brief in Support of Motion for Summary Judgment filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that this Honorable Court grant its summary judgment against the plaintiff and enter judgment in favor of the defendant, PFG Lester-Broadline, Inc., as a matter of law.

Respectfully submitted,

 s/ Matthew W. Robinett
WILLIAM C. WOOD
WOO007 – ASB-2689-DA4W
MATTHEW W. ROBINETT
ROB127 – ASB-3523-172M
*Attorneys for Defendants*
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:           (205) 251-5479
Email:        wood@nwkt.com
                  mrobinett@nwkt.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE No.: 2:07-CV-74-ID |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH O. LESTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
P.O. Box 4160
Montgomery, AL 36103-4160

       Respectfully submitted,

       s/ Matthew W. Robinett
       WILLIAM C. WOOD
       WOO007 – ASB-2689-DA4W
       MATTHEW W. ROBINETT
       ROB127 – ASB-3523-172M
       *Attorneys for Defendants*
       NORMAN, WOOD, KENDRICK & TURNER
       Financial Center, Suite 1600
       505 20th Street North

Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:        (205) 251-5479
Email:      wood@nwkt.com
            mrobinett@nwkt.com
            bfleming@nwkt.com

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| LILIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * * | CASE No.: 2:07-CV-74-ID |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., et al., | * * * * | |
| Defendants. | * | |

## AFFIDAVIT OF GLEN LEA

Before the undersigned, a notary public in and for said county and state, personally appeared Glen Lea, who upon oath, deposes and says as follows:

1. My name is Glen Lea. I am over the age of 19. I have personal knowledge of the facts stated herein.

2. I am employed as the Manager of Claims and Litigation for Performance Food Group Company.

3. Kenneth O. Lester Company, Inc., employed Julius Abonyo at the time of the events described in the complaint.

4. PFG-Lester Broadline, Inc., a defendant in the above styled matter, is a wholly-owned subsidiary of Kenneth O. Lester Company, Inc.

5. PFG-Lester Broadline, Inc., does not maintain or share any property, trucks, or employees with Kenneth O. Lester Company, Inc.

6. PFG-Lester Broadline, Inc., did not employ, hire, or control Mr. Abonyo at the time of the events described in the complaint. PFG-Lester Broadline, Inc., did not lease or own the truck or trailer Mr. Abonyo was driving. PFG-Lester Broadline, Inc., did not maintain and was not responsible for maintaining the truck or trailer.

_____
Glen A. Lea

Commonwealth of Virginia )
County of Goochland )

I, the undersigned Notary Public, in and for said County and State, hereby certify that **Glen Lea** whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and Official Seal on this the 4th day of April, 2008.

_____
NOTARY PUBLIC

Commission Expires: 9/30/2010
Notary ID: 260897

