IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY, as the Administratrix of the Estate of Rufus Woodley, deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>PFG-LESTER BROADLINE, INC.; KENNETH O. LUSTER COMPANY, INC.,<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:07cv74-ID<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

COMES NOW Stanley A. Cash, Charles J. Fleming, and the law firm of Huie, Fernambucq & Stewart, LLP, and file this Notice of Appearance on behalf of the Defendants, PFG-Lester Broadline, Inc. and Kenneth O. Luster Company, Inc.

/s/ Stanley A. Cash
Stanley A. Cash (CAS002)
Charles J. Fleming
Attorneys for Defendants

OF COUNSEL:

Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South
Suite 200
Birmingham, AL 35223-2484
(205) 251-1193

{01227782.1/2040-2357}

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2008, a copy of the foregoing document has been electronically filed with the Clerk of Court using the ECF system which will send notification of this filing to the following:

Michael J. Crow
BEASLEY ALLEN LAW FIRM
P. O. Box 4160
Montgomery, AL 36103-4160

Matthew W. Robinett
William C. Wood
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 Twentieth Street Northj
Birmingham, AL 35203

/s/ Stanley A. Cash