IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY as the administratrix of the Estate of RUFUS WOODLEY, <br><br> Plaintiffs, <br><br> v. <br><br> PFG-LESTER BROADLINE, INC.; KENNETH O. LESTER COMPANY, INC., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   CIV. ACT. NO.: 2:07cv74-ID <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AND MOTION TO EXCLUDE**

Plaintiff, Lillian Woodley, requests the Court to grant her an extension of time to respond to Defendant's Motion for Summary Judgment and Motion to Exclude.

As grounds for her motion, she would show the following:

1. On April 4, 2008, Defendants filed a Motion for Summary Judgment and Motion to Exclude.

2. On April 7, 2008, this Court entered an Order directing the Plaintiff to respond to the Defendant's motions no later than April 21, 2008.

3. The defendant's motion seeks to exclude Plaintiff's causation expert, Dr. Jim Lauridson, under a Daubert analysis. Daubert motions of this type require extensive briefing of the law, review of hundreds of pages of

testimony and documents as well as acquiring an affidavit from the expert which the Defendant seeks to exclude.

4. Plaintiff's counsel has two trials set on May 5, 2008. One trial is set in the Circuit Court of Montgomery County, *Pamela Lovelace v. Los Amigos*, before Judge Johnny Hardwick, and the other trial is set in the Superior Court of Stewart County, Georgia, *Quashawna Johnson v. B&S Air, Inc.,* before Judge Rucker Smith.

5. Plaintiff's counsel has sought the assistance of her partner in his efforts to respond to the Defendant's motion. However, counsel's partner has planned a family vacation and will be out of the office until April 28, 2008.

6. As a result, Plaintiff requests that her time to respond to these motions be extended until May 9, 2008.

7. Plaintiff's counsel has spoken with and confirmed with the defense counsel that he has no opposition or no objection to the extension requested by the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests the Court to grant the Plaintiff until May 9th to file her responses to the Defendant's Motion for Summary Judgment and Motion to Exclude Plaintiff's Expert.

    /s/Michael J. Crow
MICHAEL J. CROW (CRO039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below via e-file, on this the 9th day of April, 2008.

                                           /s/Michael J. Crow
                                           OF COUNSEL

Matthew W. Robinett
William C. Wood
Norman, Wood, Kendrick and Turner
Financial Center, Suite 1600
505 Twentieth Street North
Birmingham, Alabama 35203

Stanley A. Cash
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484