IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY, as Administratrix of the Estate of Rufus Woodley, | ) ) ) |
| Plaintiff, | ) ) ) CIV. ACT. NO. 2:07cv74-ID |
| v. | ) ) |
| PFG-LESTER BROADLINE, INC., *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the unopposed Motion for Extension of Time (Doc. No. 47), it is ORDERED that said Motion be and the same is hereby GRANTED to and including May 5, 2008. Defendants may file a reply on or before May 13, 2008. No more extensions of time shall be granted.

DONE this 14th day of April, 2008.

        /s/ Ira Dement
        SENIOR UNITED STATES DISTRICT JUDGE