## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CASE No.: 2:07-CV-74-ID** |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH O. LESTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## DEFENDANT PFG-LESTER BROADLINE, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT

COMES NOW the defendant, PFG-Lester Broadline, Inc. ("this defendant") and offers a reply to Plaintiff's Opposition to this Defendant's Motion for Summary Judgment. This Defendant's reply is based on the following:

1) Corporate Disclosures—Exhibit A

2) Affidavit of Glenn Lea—Exhibit B

## ARGUMENT

Plaintiff is trying to blur the line between two entities: Performance Food Group (a non-party) and Defendant PFG-Lester Broadline, Inc. They are

completely separate entities. Performance Food Group ("PFG") is not a Defendant in this lawsuit. Defendant PFG-Lester Broadline is a wholly-owned subsidiary of Defendant Kenneth O. Lester Co., Inc. (*See* Corp. Disclosures, Ex. "A").

At no time has Defendant PFG-Lester Broadline had any connection, whatsoever to, or responsibility for, the truck driver in this case. (*See* Aff. of Glen Lea, Ex. "B"). Plaintiff has not -and cannot- show that PFG-Lester Broadline, Inc. employed, hired, or controlled the truck driver at the time of the events described in the Complaint. And Plaintiff's Opposition to this defendant's Motion for Summary Judgment does not establish any nexus between the issues of the Complaint and PFG-Lester Broadline. Instead, Plaintiff's opposition focuses on the non-party-entity PFG and globally labels Mr. Abonyo as a "driver for Defendant PFG." Plaintiff fails to present any argument or support as to how Mr. Abonyo is connected with Defendant PFG-Lester Broadline, Inc. Plaintiff tries to support her global characterization by citing Abonyo's deposition testimony where he testified that he worked for "PFG." Plaintiff also cites to evidence relating to PFG's company logo. However, the name and logo of "PFG" does not refer to *PFG-Lester Broadline*, but rather to the non-party *Performance Food Group*.

There is not a single instance in Abonyo's deposition where he states that he is employed by the defendant, PFG-Lester Broadline, Inc. And Plaintiff has not cited any such testimony in her opposition brief. In short, Plaintiff has not

2

presented any evidence that ties the claims of this lawsuit to the defendant, PFG-Lester Broadline, Inc., or that sufficiently rebuts this defendant's Motion for Summary Judgment. The absence of any such factual support in Plaintiff's opposition brief shows that no genuine issue of material fact exists as to whether Defendant PFG-Lester Broadline should remain as a party to this lawsuit.

Plaintiff's opposition brief only focuses on the liability of PFG and not Defendant PFG-Lester Broadline, Inc. For example, Plaintiff cited the *Jenkins v. Gadsden Times Pub'g Corp.* 521 So. 2d 957 (Ala. 1998) trying to prop up her argument that sufficient information has been presented to form a jury question on the issue of PFG being liable under *respondeat superior.* But here, unlike *Jenkins*, the "defendant" that Plaintiff alleges to be liable under the doctrine of *respondeat superior* <u>is not a party to this lawsuit.</u> The real issue for summary judgment is not whether a reasonable juror could find <u>PFG</u> liable under *respondeat superior*, but whether a reasonable juror could find <u>Defendant PFG-Lester Broadline</u> liable under *respondeat superior*. Since Plaintiff has failed to present any facts or evidence necessary to establish a jury question as regards this defendant's liability, all claims against this defendant are ripe for summary judgment.

WHEREFORE, PREMISES CONSIDERED, Defendant PFG-Lester Broadline, Inc. requests this honorable Court enter summary judgment in its favor and against Plaintiff.

Respectfully submitted,

s/ Matthew W. Robinett
WILLIAM C. WOOD
WOO007 – ASB-2689-DA4W
MATTHEW W. ROBINETT
ROB127 – ASB-3523-172M
*Attorneys for Defendants*
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
Email:        wood@nwkt.com
                mrobinett@nwkt.com


STANLEY ALLEN CASH
CAS002 – ASB-8923-A31S
*Attorney for Defendants*
HUIE FERNAMBUCQ & STEWART LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone:  (205) 251-1193
Fax:          (205) 251-1256
Email:        sac@hfsllp.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CASE No.: 2:07-CV-74-ID** |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH O. LESTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Respectfully submitted,

s/ Matthew W. Robinett
WILLIAM C. WOOD
WOO007 – ASB-2689-DA4W
MATTHEW W. ROBINETT
ROB127 – ASB-3523-172M
*Attorneys for Defendants*
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North

5

Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
Email:        wood@nwkt.com
              mrobinett@nwkt.com

STANLEY ALLEN CASH
CAS002 – ASB-8923-A31S
*Attorney for Defendants*
HUIE FERNAMBUCQ & STEWART LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Telephone:  (205) 251-1193
Fax:          (205) 251-1256
Email:        sac@hfsllp.com

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **CASE No.:  2:07-CV-74-ID** |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH LUSTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## CORPORATE DISCLOSURE STATEMENT OF
## KENNETH O. LESTER COMPANY, INC.

COMES NOW the defendant, Kenneth O. Lester Company, Inc., and files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1.     Kenneth O. Lester Company, Inc. is a wholly owned subsidiary of Performance Food Group Company.

2.     Performance Food Group Company is a publicly traded company.

Respectfully submitted,

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK &  TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:           (205) 251-5479
E-mail:        mrobinett@nwkt.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CASE No.:  2:07-CV-74-ID** |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH LUSTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
Email:       mrobinett@nwkt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **CASE No.:  2:07-CV-74-ID** |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH LUSTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## CORPORATE DISCLOSURE STATEMENT OF
## PFG-LESTER BROADLINE, INC.

COMES NOW the defendant, PFG-Lester Broadline, Inc., and files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1.    PFG-Lester Broadline, Inc. is a wholly owned subsidiary Kenneth O. Lester Company, Inc. which is a wholly owned subsidiary of Performance Food Group Company.

2.    Performance Food Group Company is a publicly traded company.

Respectfully submitted,

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
Telephone:  (205) 328-6643
Fax:           (205) 251-5479
E-mail:       mrobinett@nwkt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CASE No.:  2:07-CV-74-ID** |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **KENNETH LUSTER COMPANY,** | * | |
| **INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow

/s/Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
Email:        mrobinett@nwkt.com

# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LILIAN WOODLEY, as the** | * | |
| **Administratrix of the Estate of** | * | |
| **RUFUS WOODLEY,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **CASE No.:** |
| | * | **2:07-CV-74-ID** |
| | * | |
| **PFG-LESTER BROADLINE, INC.,** | * | |
| **and KENNETH O. LESTER** | * | |
| **COMPANY, INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

AFFIDAVIT OF GLEN LEA

Before the undersigned, a notary public in and for said county and state, personally appeared Glen Lea, who upon oath, deposes and says as follows:

1.    My name is Glen Lea. I am over the age of 19. I have personal knowledge of the facts stated herein.

2.    I am employed as the Manager of Claims and Litigation for Performance Food Group Company.

3.    Kenneth O. Lester Company, Inc., employed Julius Abonyo at the time of the events described in the complaint.

4.    PFG-Lester Broadline, Inc., a defendant in the above styled matter, is a wholly-owned subsidiary of Kenneth O. Lester Company, Inc.

5.    PFG-Lester Broadline, Inc., does not maintain or share any property, trucks, or employees with Kenneth O. Lester Company, Inc.

6.    PFG-Lester Broadline, Inc., did not employ, hire, or control Mr. Abonyo at the time of the events described in the complaint.  PFG-Lester Broadline, Inc., did not lease or own the truck or trailer Mr. Abonyo was driving.  PFG-Lester Broadline, Inc., did not maintain and was not responsible for maintaining the truck or trailer.

_____
Glen A. Lea

Commonwealth of Virginia    )
County of Goochland    )

I, the undersigned Notary Public, in and for said County and State, hereby certify that **Glen Lea** whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and Official Seal on this the 4th day of April , 2008.

_____
NOTARY PUBLIC

Commission Expires: 9/30/2010
Notary ID: 260897

