IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LILLIAN WOODLEY, as the | ) | |
| Administratrix of the Estate of | ) | |
| RUFUS WOODLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv074-ID |
| | ) | |
| | ) | |
| PFG-LESTER BROADLINE, INC., | ) | |
| and KENNETH O. LESTER | ) | |
| COMPANY, INC., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Defendants' Motion to Strike Affidavit of James R. Lauridson, M.D. (Doc. No. 55, filed May 13, 2008), it is ORDERED that Plaintiff show cause, if any there be, on or before May 19, 2008, why said Motion should not be granted.

Done this 14th day of May, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE