IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY as the administratrix of the Estate of RUFUS WOODLEY,<br><br>Plaintiffs,<br><br>v.<br><br>PFG-LESTER BROADLINE, INC.; KENNETH O. LESTER COMPANY, INC.,<br><br>Defendants. | CIV. ACT. NO.: 2:07cv74-ID |

## PLAINTIFF'S WITNESS LIST

Plaintiff may call one or more of the following witnesses in the trial of this matter:

1. Lillian Woodley                     Will Call
   175 Lake Bend Drive
   Elmore, Alabama

2. Julius Abonyo                       Will Call
   748-A Hartsville Place
   Lebanon, Tennessee

3. Scott Welch                         Will Call
   Lebanon, Tennessee

4. Ronald Amos                         Will Call
   3149 Morrisville Road
   Anniston, Alabama

5. Jonathan Kilgore                    Will Call
   Anniston, Alabama

| | | |
|---|---|---|
| 6. | Dr. James Lauridson<br>528 Seminole Place<br>Montgomery, Alabama | Will Call |
| 7. | Silvio Papapietro<br>UAB<br>Birmingham, Alabama | Will Call |
| 8. | Kevin Pierce<br>AST<br>Ft. Payne, Alabama | May Call |
| 9. | Paul Mink<br>2613 Winter Road<br>McCool, MS 39108 | May Call |
| 10. | Rex Lee<br>Collinsville Police Dept.<br>Collinsville, Alabama | May Call |

11. Any witness listed by the Defendant.

Plaintiff reserves the right to amend her witness list.

 /s/Michael J. Crow
MICHAEL J. CROW (CRO039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below via e-file, on this the 29th day of May, 2008.

        __/s/Michael J. Crow_____
        OF COUNSEL

Matthew W. Robinett
William C. Wood
Norman, Wood, Kendrick and Turner
Financial Center, Suite 1600
505 Twentieth Street North
Birmingham, Alabama 35203

Stanley A. Cash
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484