IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **LILLIAN WOODLEY** as the administratrix of the Estate of **RUFUS WOODLEY**, <br><br> Plaintiffs, <br><br> v. <br><br> **PFG-LESTER BROADLINE, INC.; KENNETH O. LESTER COMPANY, INC.**, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   CIV. ACT. NO.: 2:07cv74-ID <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## **PLAINTIFF'S AMENDED EXHIBIT LIST**

Plaintiff may call one or more of the following witnesses in the trial of this matter:

1. Photo of scene;
2. Photo of scene;
3. Photo of scene;
4. Photo of scene;
5. Photo of scene;
6. Photo of scene;
7. Photo of scene;
8. Photo of scene;
9. Photo of scene;
10. Photo of scene;

11. Photo of scene;

12. Photo of scene;

13. Photo of scene;

14. Photo of scene;

15. Photo of scene;

16. Photo of scene;

17. Photo of scene;

18. Photo of scene;

19. Photo of scene;

20. Photo of scene;

21. Photo of scene;

22. Photo of scene;

23. Photo of scene;

24. Photo of scene;

25. Photo of scene;

26. Photo of scene;

27. Photo of scene;

28. Driver's manual;

29. Verizon phone records;

30. DAC MVR (Bates 633);

31. Annual Review Driving Record (Bates 43);

32. DAC MVR (11-21-02) (Bates 637);

33. Kroll Report (12-15-03) (Bates 975-977);

34. Kroll Report (3-6-07) (Bates 267, 268);

35. Annual Review (1-31-06) (Bates 81);

36. Kentucky Driver's Exam Report (4-16-06) (Bates 619);

37. PFG Performance Evaluation (3-29-01) (Bates 117-120);

38. PFG Performance Evaluation (4-28-02) (Bates 122-126);

39. PFG Performance Evaluation (4-27-03) (Bates 127-131);

40. PFG Performance Evaluation (4-25-04) (Bates 132-136);

41. PFG Performance Evaluation (4-24-05) (Bates 137-141);

42. PFG Performance Evaluation (4-24-06) (Bates 143-147);

43. Code of Conduct – PFG (Bates 177);

44. Promissory Note (Bates 180);

45. Handbook Revision (Bates 181);

46. Information Release (Bates 182);

47. Job Applicant's Agreement (Bates 189);

48. PFG Employment Application (Bates 192);

49. PFG Change of Address (Bates 193);

50. PFG Change of Address (Bates 194);

51. PFG Hartford Driving Course (Bates 196);

52. Route 289 Schedule (Bates 272);

53. Abonyo Driver's Logs (8-06) (Bates 311-372);

54. Abonyo Driver's Logs (6-23-06) (Bates 797);

55. Abonyo Driver's Logs (6-30-06) (Bates 889);

56. Bill of Laden (8-18-06) (Bates 273-310);

57. Robert Rufus Woodley's Death Certificate;

58. January 2006 Dispatch Records;

59. February 2006 Dispatch Records;

60. March 2006 Dispatch Records;

61. April 2006 Dispatch Records;

62. May 2006 Dispatch Records;

63. June 2006 Dispatch Records;

64. July 2006 Dispatch Records;

65. Dr. Lauridson Affidavit;

66. Dr. Lauridson 26(b) Report;

67. UAB Records – Woodley;

68. Dr. Archinegas Report;

69. Dr. Papapietro's Depo Excerpts pp. (20-97);

70. Dr. John Williams medical records;

71. Dr. Fallahi medical records;

72. DeKalb Hospital records;

73. PFG photo;

74. PFG webpage;

75. Drivers Receipt;

76. Request for Check of Driving Record;

77. Certificate of Road Test;

78. Patient Care Report – DeKalb Ambulance Service;

79. All exhibits listed by the Defendants;

80. Any exhibit used in a deposition.

Plaintiff reserves the right to supplement her Exhibit List.

   /s/Michael J. Crow
MICHAEL J. CROW (CRO039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below via e-file, on this the 29th day of May, 2008.

                                                   /s/Michael J. Crow
                                                 OF COUNSEL

Matthew W. Robinett
William C. Wood
Norman, Wood, Kendrick and Turner
Financial Center, Suite 1600
505 Twentieth Street North
Birmingham, Alabama 35203

Stanley A. Cash
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484