## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | |
|---|---|
| LILIAN WOODLEY, as the administratrix of the Estate of RUFUS WOODLEY, | * * * * |
| Plaintiffs, | * * |
| v. | *CASE No.: 2:07-CV-74-ID * |
| PFG-LESTER BROADLINE, INC., KENNETH O. LESTER COMPANY, INC., et al., | * * * * |
| Defendants. | * |

## DEFENDANTS' DESIGNATION OF DEPOSITIONS AND DOCUMENTS FOR USE AT TRIAL

COME NOW the defendants in the above styled matter and designate the following depositions and documents expected to be used at trial:

1. All documents listed on defendants' exhibit list.

2. Deposition with exhibits of Dr. Silvio Papapietro.

Respectfully submitted,

s/ Matthew W. Robinett
WILLIAM C. WOOD, ASB-2689-DA4W
MATTHEW W. ROBINETT, ASB-3523-172M
Attorneys for Defendants
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North

Birmingham, AL  35203
Telephone: (205) 328-6643
Fax: (205) 251-5479
Email: mrobinett@nwkt.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| **LILIAN WOODLEY, as the** administratrix of the Estate of **RUFUS WOODLEY,** | * * * * |
| **Plaintiffs,** | * * |
| v. | *CASE No.: 2:07-CV-74-ID * |
| **PFG-LESTER BROADLINE, INC., KENNETH O. LESTER COMPANY, INC., et al.,** | * * * * |
| **Defendants.** | * |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
P.O. Box 4160
Montgomery, AL 36103-4160

        s/ Matthew W. Robinett
        MATTHEW W. ROBINETT, ASB-3523-172M
        WILLIAM C. WOOD, ASB-2689-DA4W
        NORMAN, WOOD, KENDRICK & TURNER
        Financial Center, Suite 1600
        505 Twentieth Street North
        Birmingham, AL  35203
        Telephone:  (205) 328-6643
        Facsimile:  (205) 251-5479
        Email:     mrobinett@nwkt.com