# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| LILLIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )     Civil Action No. 2:07cv074-ID ) ) |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Defendants' Motions in Limine filed June 2, 2008 (Doc. No. 67), it is ORDERED that Plaintiff show cause, if any there be, on or before June 11, 2008, why said Motions should not be granted.

Done this 3rd day of June, 2008.

                                      /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE