IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| LILIAN WOODLEY, as the Administratrix of the Estate of RUFUS WOODLEY, | * * * * | |
| Plaintiffs, | * * | |
| vs. | * * * | CASE No.: 2:07-CV-00074-WHA |
| PFG-LESTER BROADLINE, INC., and KENNETH O. LESTER COMPANY, INC., et al., | * * * * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL and JOINT MOTION TO DISMISS

COME NOW all parties to this litigation and show to the Court that they have stipulated and agreed upon a compromise settlement of all claims that are or could have been presented in this litigation and jointly move the Court to enter a Final Order dismissing this case with prejudice with all parties to bear their own costs.

Plaintiff:
Lillian Woodley as the
Adminstratrive of the Estate
of Rufus Woodley

by /s/ _____
MICHAEL J. CROW

Defendants:
PFG-Lester Broadline, Inc.
Kenneth O. Lester Company,
Inc.,

by /s/ _____
WILLIAM C. WOOD